# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No.: 1:22-cv-00112-DAD-BAK (EPG) |
| Plaintiff, | ORDER CLOSING THE CASE |
| v. | (ECF No. 6) |
| VEER HOSPITALITY LLC, | |
| Defendant. | |

On May 10, 2022, Plaintiff filed a notice of dismissal with prejudice. (ECF No. 6). The Federal Rules of Civil Procedure Rule 41 makes such notice of dismissal effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **May 12, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE